UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAMUEL JEFFREY PIERSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:17-cv-00891-RLY-DML |
| | ) |
| NANCY A. BERRYHILL, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

Report and Recommendation to
<u>Dismiss Complaint with Prejudice</u>

Plaintiff Samuel Jeffrey Pierson has failed to prosecute his complaint for judicial review of the denial of his application for disability benefits by the Commissioner of the Social Security Administration.

On June 20, 2017, the court issued its Order (Dkt. 13) that established a briefing schedule and required Mr. Pierson to file within 28 days a brief in support of his complaint. Mr. Pierson did not file a brief, and on July 28, 2017, the court issued an Order to Show Cause why Plaintiff's Complaint Should Not Be Dismissed with Prejudice, because of Mr. Pierson's failure to comply with the June 20, 2017 order. (Dkt. 14). Mr. Pierson was required to explain by August 16, 2017, why his complaint should not be dismissed. He was also permitted to request an "additional, short period of time to file his brief" as part of his explanation why his complaint should not be dismissed. Mr. Pierson did not respond to the show cause order.

Because of Mr. Pierson's failure to comply with the court's orders and his failure to prosecute his claims, the Magistrate Judge recommends to the District Judge that his complaint be DISMISSED WITH PREJUDICE.

Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b).  Failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for such failure.

IT IS SO RECOMMENDED.

Dated:  September 5, 2017

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record by email through the court's ECF system

Via United States mail:
SAMUEL JEFFREY PIERSON
3811 Delwood Lane
Richmond, IN  47374